NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Othniel Henry,<br><br>                  Plaintiff,<br><br>v.<br><br>D.P. Electric Incorporated, *et al.*,<br><br>                  Defendants. | No. CV-13-02348-PHX-JJT<br><br>**ORDER** |

      Pursuant to the Parties' Joint Stipulation for Dismissal With Prejudice (Doc. 30) filed September 16, 2014,

      IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear its own costs, expenses and attorney fees.

      Dated this 17th day of September, 2014.

Honorable John J. Tuchi
United States District Judge